PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Susan McElroy                                       Cr.: 02-913-001
                                                                      PACTS #: 52146

Name of Sentencing Judicial Officer: The Honorable William E. Walls United States District Court Judge

Date of Original Sentence: 12/16/08

Original Offense: Embezzlement of Funds from Financial Institution, Title 18 USC § 656, Felony-Class B

Original Sentence: 4 years(s) probation

Type of Supervision: Probation                         Date Supervision Commenced: 12/16/2008

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender is in noncompliance with her special condition for restitution in the amount of $113,923.34 to be paid at the rate of $200.00 monthly. |

U.S. Probation Officer Action:

An evaluation of the offender's finances has determined that she does not have the ability to pay the Court ordered $200.00 monthly installment toward her restitution. The offender, however, is able to pay monthly payments of $50.00 until she becomes employed.

Respectfully submitted,

By: Norma de Armas
Senior U.S. Probation Officer
Date: 03/17/2010

*No Response is necessary unless the court directs that additional action be taken as follows:*

PROB 12A - Page 2
Esteban Jose Castillo

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other

_____
Signature of Judicial Officer

23 March 2010
_____
Date